No. 74–652. WERSETSKY, ADMINISTRATOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 74–660. WILLOUGHBY *v.* STEVER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–663. HUNSUCKER *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 74–673. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–677. JACKSON *v.* STATLER FOUNDATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–679. UNITED STATES *v.* STOECO HOMES, INC. C. A. 3d Cir. Certiorari denied.

No. 74–680. BLUMBERG *v.* BAUSCH & LOMB OPTICAL Co. C. A. 6th Cir. Certiorari denied.

No. 74–685. ROBSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–692. MOORE *v.* CARDWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–700. MOTTO *v.* GENERAL SERVICES ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–715. PIONEER LUMBER CORP. *v.* MAYS. C. A. 4th Cir. Certiorari denied.

No. 74–716. MADDEN *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.